UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALECIA CAMPBELL,

        Plaintiff,

v.                        Case No. 3:20-cv-513-MMH-JRK

BIO-MEDICAL APPLICATIONS
OF FLORIDA, INC., d/b/a Fresenius
Kidney Care American Dialysis,
LLC,

        Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 20; Stipulation) filed on June 3, 2021. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of June, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record